UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL L. FOGLE, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:06CV00227-ERW |
| ) | |
| MARTHA BELLOW-SMITH, et al., ) | |
| ) | |
| Defendant(s). ) | |

## JUDGMENT

In accordance with the Memorandum and Order of this Court filed on this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendants Martha Bellow-Smith and Deanna Wolf shall have judgment against Plaintiff Michael Fogle on all Counts of Plaintiff's Complaint. All counts of Plaintiff's Complaint are **dismissed with prejudice.**

Dated this 30th Day of August, 2007.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

1